UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80346-CIV-RYSKAMP/WHITE

ALBERT BUCKLE,

    Plaintiff,

v.

D/S/ McGUEKIAN,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court pursuant to the March 10, 2010 **[DE 6]** Report and Recommendation of United States Magistrate Judge Patrick A. White.  No objections were filed.  The Court has reviewed the Report and Recommendation and has conducted a de novo review of the underlying record.  It is hereby

ORDERED AND ADJUDGED that the Report and Recommendation is ADOPTED, AFFIRMED and APPROVED.  The above-styled case is DISMISSED for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).  The Clerk of Court shall CLOSE this case and DENY any pending motions as MOOT.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 30th day of March, 2010.

                                              S/Kenneth L. Ryskamp
                                              KENNETH L. RYSKAMP
                                              UNITED STATES DISTRICT JUDGE